**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00338-CV

_____

## IN RE AZHAR CHAUDHARY LAW FIRM, PC AND AZHAR M. CHAUDHARY, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators Azar Chaudhary Law Firm, PC and Azhar M. Chaudhary have filed a petition for writ of mandamus, requesting that we order the trial court to vacate its July 25, 2024 Order to Reinstate.[1]

---

[1] The underlying case is *Hamzah Ali v. Azhar Mahmood Chaudhary and Azhar Chaudhary Law Firm, PC*, cause number 18-DCV-249370, pending in the 240th District Court of Fort Bend County, the Honorable Surendran K. Pattel, presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.3(k). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.